

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00716-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN,** In His Official Capacities as County Judge, Mark Frerich, In His
Official Capacity as County Commissioner, Joe Montalvo, In His Official Capacity as County
Commissioner, Dennis Dodson, In His Official Capacity as County Commissioner, Tim Ward, In
His Official Capacity as County Commissioner, Kinney County Commissioners Court and
Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant has filed motions for extension of time in which to file appellant's briefs.
Appellant's motions are GRANTED. Appellant's briefs are due on or before August 7, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court